**89-59.** State, ex rel. Carter, v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Douglas, Wright, H. Brown and Resnick, JJ., concur.

Holmes, J., dissents.

## MOTION DOCKET

**84-642.** State v. Maurer. *Stark County,* No. 6166. On motion for stay. Motion granted.

Holmes, J., would grant for three months only.

**88-1122.** Helmick v. Cincinnati Word Processing, Inc. *Franklin County,* No. 86AP-1073. On motions for leave to file *amicus* of 9 to 5, Plaintiff Employment Lawyers Assn., Columbus Chapter of Natl. Organization for Women, Committee Against Sexual Harassment, Gault, Bergman, Irizarry, and Ohio State Legal Services Assn. Motions granted.

**88-1251.** State v. Powell. *Cuyahoga County,* No. 54079. On motion for default judgment in relief from judgment order. Motion denied.

**88-1258.** State v. Grewell. *Coshocton County,* No. 87-CA-18. On motion for reconsideration of denial of extension of time. Motion granted.

**88-1286.** State v. Jamison. *Hamilton County,* No. C-850753. On motion for leave to file delayed appeal. Motion granted.

**88-1627.** State v. Huertas. *Lorain County,* No. 4202. On motion to supplement. Motion granted.

**88-1900.** State, ex rel. Coyne, v. Todia. In Prohibition. On motion to file corrected brief. Motion granted.

**88-1932.** Smith v. The 10th Inning, Inc. *Medina County,* No. 1702. A motion to certify the record in this cause was allowed on December 21, 1988 and the briefing schedule was stayed. See 40 Ohio St. 3d 710, 534 N.E. 2d 847. The stay is now dissolved and the parties are to proceed with briefing pursuant to the Supreme Court Rules of Practice. Oral argument to be scheduled.

**88-1982.** State v. Moreland. *Montgomery County,* No. 9907. On motion to supplement. Motion granted.

Holmes, J., dissents.

**88-2029.** Bowers v. First Natl. Bank of Southwestern Ohio. *Butler County,* No. CA87-01-007. On motion for leave to file memorandum in support instanter. Motion granted.

**88-2038.** State, ex rel. Sears, Roebuck & Co., v. Indus. Comm. *Franklin County,* No. 87AP-333. On motion to dismiss. Motion denied.

Holmes, J., dissents.

On motion to file notice of appeal instanter. Motion granted.

Holmes, J., dissents.

**88-2081.** State v. Goudy. *Knox County,* No. 88-CA-08. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.